UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

DEC – 6 2017

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JERMAINE LEWIS and | ) |
| AMIN SULUKI-BEY a/k/a | ) |
| Lee Andrew McDowell, | ) |
| | ) |
| Defendants. | ) |

**4:17CR00563 RLW/PLC**

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about October 9, 2017, in the City of St. Louis within the Eastern District of

Missouri,

### JERMAINE LEWIS and
### AMIN SULUKI-BEY,

the Defendants herein, acting together, did obstruct, delay, or affect commerce or the movement

of any article or commodity in commerce or attempt to do so by robbery of Family Dollar, a

commercial establishment engaged in interstate or foreign commerce and in the business of

buying and selling articles and commodities that have been previously transported in interstate or

foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2, and punishable

under Title 18, Untied States Code, Section 1951(a).

## COUNT TWO

The Grand Jury further charges that:

On or about November October 9, 2017, in the City of St. Louis within the Eastern

District of Missouri,

**JERMAINE LEWIS and**
**AMIN SULUKI-BEY,**

the Defendants herein, acting together, knowingly possessed and brandished a firearm, in

furtherance of a crime of violence for which they may be prosecuted in a court of the United

States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count One

herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2, and punishable

under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about October 9, 2017, in the City of St. Louis, within the Eastern District of

Missouri,

**JERMAINE LEWIS,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a

term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in

interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____

JOHN T. BIRD, #37802MO
Assistant United States Attorney